STACY MONAHAN TUCKER (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: stacy.tucker@rmkb.com

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SLOBODNIK<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | Case No. 3:19-cv-00616 WHO<br><br>STIPULATION AND ORDER TO POSTPONE SCHEDULED DATES |

**WHEREAS,** the Court has scheduled a Case Management Conference on May 7, 2019;

**WHEREAS**, Defendant has filed a Motion to Dismiss Plaintiff's second cause of action, set to be heard on May 8, 2019;

**WHEREAS**, the parties have scheduled private mediation on July 11, 2019;

**WHEREAS**, the parties have not previously sought to reschedule any dates and this is the first rescheduling that will affect the Court's calendar, and no other dates have been set in this action;

**IT IS HEREBY STIPULATED** by and between the parties, by and through their respective attorneys of record, that to potentially permit both parties and this Court to conserve time and financial resources, the parties respectfully ask the Court to reschedule the Case Management Conference and the hearing on Defendant's Motion to Dismiss to July 24, 2019, or the next date that is convenient for the Court's calendar. In the event the case settles at mediation

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

the parties shall file a notice of settlement to promptly alert the Court that the hearing and Case Management Conference can be taken off calendar.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized its filing.

Dated: April 30, 2019  ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Stacy Monahan Tucker*
    STACY MONAHAN TUCKER
    Attorneys for Defendants,
    LIBERTY LIFE ASSURANCE COMPANY
    OF BOSTON

Dated: April 30, 2019  KANTOR & KANTOR

By: */s/ Glenn Kantor*
    GLENN KANTOR
    Attorneys for Plaintiff,
    PETER SLOBODNIK

# [PROPOSED] ORDER

Good cause appearing, the Stipulation to Postpone Scheduled Dates jointly filed by Plaintiff PETER SLOBODNIK and Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON is GRANTED. The Case Management Conference and hearing on the pending Motion to Dismiss shall be re-scheduled for July 24, 2019.

IT IS SO ORDERED.

DATED: May 3, 2019



U.S. District Judge William H. Orrick