Glenn R. Kantor – State Bar No. 122643
E-mail: gkantor@kantorlaw.net
Susan L. Meter- State Bar No, 236133
E-mail: smeter@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
PETER SLOBODNIK

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SLOBODNIK,<br><br>       Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>       Defendant. | CASE NO. 3:19-cv-00616-WHO<br><br>**STIPULATED DISMISSAL OF ENTIRE ACTION AND [~~PROPOSED~~] ORDER** |

TO THE HONORABLE COURT:

Plaintiff PETER SLOBODNIK and Defendant LIBERTY LIFE ASSURANCE

COMPANY OF BOSTON, (referred to collectively as the "parties") have reached a resolution of

this matter.  The parties agree to dismiss this action in its entirety with prejudice, pursuant to

Fed.R.Civ.P 41(a).  Each party shall bear its own fees and costs.


DATED:  July 29, 2019                    KANTOR & KANTOR, LLP


By: */s/ Susan L. Meter*
      Susan L. Meter
      Attorneys for Plaintiff,
      PETER SLOBODNIK

DATED: July 29, 2019          ROPERS, MAJESKI, KOHN & BENTLEY


                              By: /s/ Stacy M. Tucker
                                  Stacy M. Tucker
                                  Attorneys for Plaintiff,
                                  LIBERTY LIFE ASSURANCE
                                  COMPANY OF BOSTON

### SIGNATURE ATTESTATION

I, Susan L. Meter, hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.


DATED: July 29, 2019          By: /s/ Susan L. Meter
                                  Susan L. Meter


### ~~[PROPOSED]~~ ORDER


The Court hereby dismisses this action with prejudice.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**



Dated: August 5, 2019          _____
                               HONORABLE WILLIAM H. ORRICK
                               UNITED STATES DISTRICT JUDGE

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525